IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-01918-WDM

CARTIER,

    Plaintiff(s),

v.

CARTIER INTERNATIONAL, N.V., et al.,

    Defendant(s).

_____

**ORDER**
_____

    There being no further activity in this case since the administrative closure December 14, 2006, it is now ordered that this matter is permanently closed.

    DATED at Denver, Colorado, on April 4, 2007.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States District Judge

PDF FINAL